FILED

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABDU SALEH, Beneficiary of a visa petition filed by Tehetena Dagna Teklewold, Petitioner,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 12-73219<br><br>Agency No. A203-078-380<br><br>ORDER |

Before: PREGERSON, GRABER, and BEA, Circuit Judges.

This petition for review seeks review of the Board of Immigration Appeals ("BIA") dismissal of petitioner's appeal from the denial of a visa petition by United States Citizenship and Immigration Services.

Petitioner's request to transfer this matter to the United States District Court for the District of Nevada is granted.

The motion to dismiss is denied. The temporary stay of removal will continue in effect pending transfer of this matter to the district court.

Upon transfer of the petition, the Clerk shall close this case.

**TRANSFERRED**.

SL/MOATT