1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 South Las Vegas Blvd. Suite 5000
   Las Vegas, NV 89101
5  Tel: (702) 388-6336
   Fax: (702) 388-6787
6  Email:  Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States
7

8

9

10

11

12              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
13

14  ABDUL SALEH,                            )
                                            )
15       Plaintiff,                         )
                                            )
16          v.                              )
                                            )  Case No.: 2:13-CV-00586-GMN-GWF
17  ERIC H. HOLDER, U.S.                    )
    ATTORNEY GENERAL,                       )
18                                          )
         Defendant.                         )
19  _____       )

20

21       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

22       Pursuant to LR IA 10-3, the United States moves for the admission of Sarah Maloney to

23  practice before this honorable Court in all matters relating to the above-captioned case.

24       Ms. Maloney is an attorney with the United States Department of Justice, Civil Division,

25  Office of Immigration Litigation, an agency of the federal government. Ms. Maloney is a member in

26  good standing of the Bar of the State of New Jersey (bar number: 043862003).

Ms. Maloney can be contacted/served at the following address:

Sarah Maloney
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Liberty Square Building
450 5th Street, N.W.
Washington, D.C. 20001
PH: (202) 305-4193
Fax: (202) 305-7000

Accordingly, the United States respectfully requests that an order be issued allowing Sarah

Maloney to practice before this honorable Court.

Dated:  July 16, 2013.

Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

*/s/ Carlos A. Gonzalez*
CARLOS A. GONZALEZ
Assistant United States Attorney

IT IS SO ORDERED:

Gloria M. Navarro
United States District Judge

**DATED:  07/16/2013**

2