DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar Number 2137
CARLOS GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd.
Lloyd George Federal Building, Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
SARAH MALONEY
Trial Attorney
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 305-4193
Facsimile: (202) 305-7000
sarah.maloney2@usdoj.gov
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ABDU SALEH, Beneficiary of a Visa Petition Filed By TEHETENA DAGNA TEKLEWOLD, <br><br> Plaintiff, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States, <br><br> Defendant. | Case No. 2:13-cv-0586-GMN (GWF) <br><br> **DEFENDANT'S MOTION FOR STAY OF RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Defendant Attorney General Eric H. Holder, Jr. hereby moves for a stay in the above captioned case.

1.  At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. A Fed. R. Civ. Pro. 26(f) report and proposed scheduling order is due on October 20, 2013. Undersigned counsel for the Attorney General requests a stay until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department. The Attorney General requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Undersigned counsel attempted to contact plaintiff's counsel, Dan Winder, before filing this motion. As of the time this motion was filed, Mr. Winder had not had the opportunity to inform undersigned counsel whether plaintiff would oppose this motion.

Therefore, although the Attorney General greatly regrets any disruption caused to the Court and plaintiff's counsel, he hereby moves for a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**CONCLUSION**

Wherefore, Respondent respectfully requests that the Court stay the filing deadline for the Rule 26(f) report and proposed scheduling order in this case due to the lapse in appropriations.

//

//

//

Respectfully submitted,

STUART F. DELERY  
Assistant Attorney General  
Civil Division

DAVID J. KLINE  
Director  
District Court Section  
Office of Immigration Litigation

AARON GOLDSMITH  
Senior Litigation Counsel  
District Court Section  
Office of Immigration Litigation

/s/ Sarah Maloney  
SARAH MALONEY  
Trial Attorney  
U.S. Department of Justice, Civil Division  
Office of Immigration Litigation  
P.O. Box 868, Ben Franklin Station  
Washington, DC  20044  
Telephone:  (202) 305-4193  
Facsimile:  (202) 305-7000  
E-mail:  sarah.maloney2@usdoj.gov

October 15, 2013                    Attorneys for Defendant

# CERTIFICATE OF SERVICE

I certify that on October 15, 2013, I caused the foregoing Motion for a Stay of Rule 26(f) Report and Proposed Scheduling Order Due to the Lapse in Appropriations to be electronically filed with the Clerk of United States District Court, District of Nevada using the appellate CM/ECF system.  I also certify that plaintiff's counsel, identified below, is a registered CM/ECF user, and service should be accomplished by the CM/ECF system.

> Dan M. Winder
> Law Office of Dan M. Winder, PC
> 3507 W. Charleston Blvd.
> Las Vegas, NV 89102
> 702-474-0523
> Fax: 702-474-0631
> winderdandocket@aol.com

/s/  Sarah Maloney
SARAH MALONEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 305-4193
Facsimile:  (202) 305-7000
E-mail:  sarah.maloney2@usdoj.gov

DATED: October 15, 2013

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ABDU SALEH, Beneficiary of a Visa Petition Filed By TEHETENA DAGNA TEKLEWOLD, <br><br>　　　　　　Plaintiff, <br>　v. <br><br>ERIC H. HOLDER, JR., Attorney General of the United States, <br><br>　　　　　　Defendant. | Case No. 2:13-cv-0586-GMN (GWF) |

## [PROPOSED] ORDER

Upon consideration of Defendant Attorney General Eric H. Holder, Jr.'s Motion for Stay of Rule 26(f) Report and Proposed Scheduling Order in Light of the Lapse of Appropriations, it is hereby:

ORDERED that the filing deadline for the Rule 26(f) report and proposed order entered in the Order of this Court dated September 5, 2013, shall be stayed until appropriations for the Department of Justice have been restored; and

It is FURTHER ORDERED that, once appropriations have been restored, counsel for Defendant shall notify this Court promptly; and

It is FURTHER ORDERED that, at that time, Defendant shall provide the Court with a Proposed Order containing the revised filing deadline for the Rule 26(f) report and proposed scheduling order.
.

DATED  October 16, 2013

_____
GEORGE FOLEY, JR.
United States Magistrate Judge