UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ABDU SALEH, Beneficiary of a Visa Petition Filed By TEHETENA DAGNA TEKLEWOLD, <br><br>    Plaintiff, <br>v. <br><br>ERIC H. HOLDER, JR., Attorney General of the United States, <br><br>    Defendant. | Case No. 2:13-cv-0586-GMN (GWF) |

[PROPOSED] ORDER

In accordance with this Court's October 16, 2013 Order granting Defendant Attorney General Eric H. Holder, Jr.'s Motion for Stay of Rule 26(f) Report and Proposed Scheduling Order in Light of the Lapse of Appropriations, it is hereby:

ORDERED that the Joint Rule 26(f) report and proposed scheduling order be filed on or before November 5, 2013.

IT IS SO ORDERED.

DATED  October 18, 2013

                _____
                HON. GEORGE FOLEY, JR.
                UNITED STATES MAGISTRATE JUDGE