# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABDU SALEH, Beneficiary of a Visa Petition Filed by TEHETENA DAGNA TEKLEWOLD,  )<br>)<br>)<br>Plaintiff,                                              )<br>)<br>vs.                                                           )<br>)<br>ERIC H. HOLDER, JR., Attorney General     )<br>of the United States,                                   )<br>)<br>Defendant.                                           )<br>_____) | Case No. 2:13-cv-00586-GMN-GWF<br><br>**ORDER** |

     IT IS HEREBY ORDERED that the stay previously entered in this case due to the lapse of appropriations is hereby lifted.

     DATED this 7th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge